# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br>JOSEPH A. COTTER III<br>*Defendant* | ) ) ) ) ) | Case No. 3:22-00011 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Joseph A. Cotter III ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violation of Title 18, U.S.C. Section 2251(a), (e) - Production/Attempted Production of Child Pornography x4
Violation of Title 18, U.S.C. Section 2252(a)(2) - Receipt/Distribution of Child Pornography x5

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE

Date: 1/10/2022

Dalaina Thompson
*Issuing officer's signature*

City and state: Nashville, Tennessee

Dalaina Thompson, Case Administrator
*Printed name and title*

**Return**

This warrant was received on *(date)* ____________ , and the person was arrested on *(date)* ____________
at *(city and state)* ____________ .

Date: ____________

____________
*Arresting officer's signature*

____________
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: Joseph A. Cotter III

Known aliases:

Last known residence: 510 Briarhill Road, Lebanon, TN

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: 12/02/1970

Social Security number: 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

Height: 6'2"  Weight: 210

Sex: Male  Race: White

Hair: Brown  Eyes: Blue

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use: None Known

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address: Federal Bureau of Investigation
2868 Elm Hill Pike, Nashville, TN 37214

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

Submit  Go