IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 3:22-cr-00011-1 |
| | ) | Judge Crenshaw |
| JOSEPH A. COTTER, III | ) | |

UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the United States of America, by and through Robert E. McGuire, Acting United States Attorney, and the undersigned Assistant United States Attorney, Monica R. Morrison, and moves the court to continue the Sentencing Hearing in this matter, which is currently set for April 15, 2025, as the undersigned counsel will be in a bench trial in front of Chief Judge Campbell, which begins the same date

This motion is made in the interests of justice and not for the purposes of delay. The undersigned counsel contacted counsel for the Defendant, who does not oppose the motion.

Respectfully submitted,

ROBERT E. McGUIRE
Acting United States Attorney

By: *s/ Monica R. Morrison*
MONICA R. MORRISON
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: (615) 736-5151
Email: monica.morrison@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March 2025, a copy of the foregoing which was filed electronically. Notice of this filing will be sent to defense counsel via email by operation of the Court's electronic filing system.

By: *s/ Monica R. Morrison*
MONICA R. MORRISON