March 4, 2026

Honorable Judge Crenshaw,

Your Honor,

I am Joseph A Cotter Jr., and Joe's Father, and my mailing address is 4180 S Hyde Rd. Springfield, TN.37172 Phone Number is 615-559-8681.

I am writing this letter to you to share my thoughts on my son Joseph Cotter. Joe was always a smart kid. He used his head to learn all there was about computers, building, programming, and using them.

He has had jobs with many reputable companies and rose to the position of IT manager with a large architectural firm.

I wish I wasn't writing this letter for him, and to remind him I will always Love Him, but not some of the things he has done. If you could find it in your heart to release to him for house arrest, we have a bedroom for his use and would gladly keep him and save the money it takes to house him.

My wife and I will keep him busy. Joe is a good man who lost his way and needs help getting back on track. and hopefully find a program for him to attend that can help him.

I appreciate your time and hope for a favorable outcome for him.

Joseph A Cotter Jr.

4180 S. Hyde Rd
Springfield, TN. 37172
615-202-6551

March 4, 2026

Honorable Judge Crenshaw,

Your Honor,

My name is Cathy Cotter, and I am Joe Cotter's stepmother.

I met Joe when he was 22 yrs old. I watched him grow into a good man who married and became a father. He is a very intelligent man, always striving to do better to provide for his family.

Somewhere along the way, he lost his way. He needs help, and I believe he realizes that now. After 4 years and more, he knows what he must do to become the man he was meant to be. He has changed since he has been in jail.

He prays every day and has asked the Lord for forgiveness. I know he can be a real asset to our family and our community.

Please show him your mercy.

Sincerely,
Cathy Cotter

4180 S. Hyde Rd
Springfield, TN. 37172
615-202-6551

March 4, 2026

Honorable Judge Crenshaw,

Your Honor,

My name is Maureen, and I am writing on behalf of my father, Joseph Cotter. Writing this letter isn't easy, but I want to be honest with you. I do not want this letter to excuse what my father did. I know it was wrong, and so does he. But I also know who he is as a person, and I feel it is important that you hear that too.

Growing up, my dad was my best friend. He was someone I genuinely looked up to and wanted to be just like. He worked incredibly hard, built a career he was proud of, and ran his own business on top of that. I even wanted to work at the same company as him someday, because it felt right to be working alongside him. He provided for our family well all throughout my life and showed me through his actions what love, dedication and drive looked like. Those are all qualities I carry with me today because of him.

Over the past four years, I have watched my father carry the weight of what he did on his shoulders every single day. He has never once tried to minimize it or shift blame to something/someone else. Every single time we've spoken about it, he has been open about his regrets and his deep desire to get proper mental health support. He has never been someone who makes excuses. He knows what he did, he is truly ashamed of it, and he wants to be better. I have seen that consistently, not just in words but in how he carries himself.

I love my dad. That has not changed, even through all of this. And because I love him, I can say honestly that I believe he has already learned this lesson more times over than I can even count. The past four years have not been easy for him, though I do not think they should have been. But I do believe he is a changed man who will never put himself or anyone else in this position again. I have full confidence in that.

I humbly ask that you consider everything I've shared when making your decision about my dad's future. My father made a serious mistake that can never be forgotten, and he knows that more than anyone. But he is also a person who is genuinely trying to do right, and I believe with everything in me that he will continue to do so. He just needs a second chance and proper rehabilitation, which all starts with your decision.

Thank you very much for your time.

Respectfully,

Maureen (Cotter) Hittle
485 North Valley Lane | Greenwood, IN 46142
(615) 887-5611

**March 3, 2026**

Honorable Judge Crenshaw,

My name is Steven N. Gillis, and I have known Joseph Cotter for approximately fifteen years. What began as a friendship eventually grew into a business partnership when we operated a CrossFit gym together.

Throughout the years I have known Joe, he has consistently been a responsible business partner, a dependable friend, and a selfless person. He regularly volunteered his time and talents, including building sets for his daughter's school plays and supporting various community efforts. He has always been someone willing to step up when others needed help.

For that reason, I was deeply shocked to learn of his arrest and the nature of his offense. The actions that brought him before the Court are not consistent with the man I have known. While I do not excuse or condone his behavior and understand that we are accountable for our actions, I also believe it is important to consider the entirety of a person's character and the good he has done throughout his life.

I write to you also as someone who has been in recovery for thirty-three years. As a recovering addict myself, I recognize the destructive power addiction can have on judgment, behavior, and one's moral compass. My addiction was to drugs; Joe's struggles were different in form but similar in nature. From that perspective, I have reached out to him as one person in recovery helping another.

Through our correspondence, I have seen genuine remorse, accountability, and a sincere desire to change. Joe has attended AA meetings when available, returned to his church, and reconnected with his Christian faith. I have witnessed a profound growth in his spirituality, ownership of his wrongdoing, and commitment to becoming a better man.

It is my belief that meaningful rehabilitation does not occur simply through incarceration alone, but through accountability, guidance, and support. Joe has accepted responsibility by pleading guilty, has cooperated with authorities, and has demonstrated good conduct while incarcerated. He has expressed a strong desire to use his experience to help others avoid similar destructive paths.

I respectfully ask the Court to consider supervised release and alternative measures that would allow him to continue his recovery while supported by family, friends, and community. He has a strong and committed support system ready to help ensure he remains accountable and continues on a positive path.

Thank you for your time and consideration.

Respectfully,

Steven N. Gillis

Steven N. Gillis
1023 Pinhook Rd. Lebanon, TN 37090
Sgillis270@gmail.com (615)293-6761

03/02/2026
Kellye Dykes
520 Burton Road
Mt Juliet, Tn 37122
615-512-2975

Honorable Judge Crenshaw

Your Honor,

My name is Kellye Dykes, I am a friend of Joe Cotter and I am writing to you on his behalf. I met Joe in 2012 when I joined a CrossFit gym in Lebanon, Tn. I came to know him as a very friendly person, very witty and knowledgeable, and I always enjoyed being around him at the gym. He eventually became a coach and owner of the gym and was respected by all. He hid his secrets well and everyone at the gym was shocked at his arrest. This was not the Joe we knew at all. I began corresponding with him by letter in early 2022, not really knowing if he would be open to my efforts at friendship, but I wanted him to know that he was not forgotten. We continue to write to each other today and I'd like to make you aware of what I have learned of Joe through his letters.

Joe has been grateful for every letter he has received and has thanked me countless times for reaching out to him. From his first letter to me, Joe has never placed blame for his situation on anyone but himself. Instead he was humbled, repentant, and grieved at the pain he had caused for so many, especially his family. He took full responsibility for his actions and blamed his own arrogance and denial for his behavior.

I'd like to use Joe's own words to describe his mindset and his intentions over the last few years:

"I have lots of time to think about how I have hurt, betrayed, shamed, and humiliated all those who love me…I've caused unexplainable misery."

"I have finally been allowed to join Alcoholics Anonymous..it was a revelation to me…it helped reveal to me my patterns of behavior that have allowed me to be an addict…."I have learned there is hope for me."

“I have prayed and asked for forgiveness. My mind and heart have been opened in ways I never imagined. I’m trying to be a better person and to make sure I never go back to what got me in here.”
“I am trying my best to come out of this self-created catastrophe a better human.”
“All I want is to atone for and to try and repair the damage I have done.”

Joe sought out AA early on and even though he was not a man of faith before his arrest, he attended Bible study, asked for a Bible, and began a life of prayer. I think he is still trying to wrap his head around God’s grace, but aren’t we all? I believe he now has a relationship with God, a foundation of faith and a better knowledge of himself and his weaknesses that will allow him to succeed outside of a correctional facility. Joe has friends and family who care for him and will support him. He desires better for himself and his family and friends-
“I want to be that “good man” that they always thought I was. That I want to be, for me and for them.”
“I persist in thinking I can still be a force for good in the world.”

Thank you for your time and for reading this letter,

Kellye Dykes

March 8, 2026
Honorable Judge Crenshaw

Your Honor,

My name is Emily Stirling, and I have known Joe Cotter for many years as a close family friend. My father, Steve Gillis, was Joe's business partner, and because of that relationship Joe has been part of our lives for a long time.

Throughout the years I've known Joe, I often made a lighthearted remark about him that has stayed with me. I used to say that Joe was the most "Christian non-Christian" I knew. What I meant by that was that even before he returned to a life of faith, there was something about the way he treated people that reflected the values Christ teaches. The Joe I knew had a natural way of welcoming others, showing kindness, and connecting with people in a genuine and relatable way. I often told one of my spiritual mentors that Joe had the thumbprint of Christ stamped on his heart without even realizing it yet.

Because of that, I was absolutely shocked, devastated, and honestly in disbelief when I learned of Joe's arrest. The actions that brought him before the Court are deeply serious, and they stand in stark contrast to the person I'd known for so many years. Nothing about my support for Joe should be interpreted as minimizing the gravity of the offense or the harm associated with it. I recognize that real people have been affected and hurt by the conduct involved in this case, and their well-being and healing deserve full consideration. Accountability and responsibility for our actions are non-negotiable.

As someone who values both faith and fitness, I have often seen parallels between the two. Struggling through difficult workouts together builds trust and connection, and in many ways prepares us to face the challenges of life alongside one another. Joe helped foster that type of community. Just as muscles must break down before they rebuild stronger, sometimes the lowest points in life can become the starting point for profound growth and change.

I'd like to provide one small but meaningful example of Joe's character: it comes from our Middle Tennessee CrossFit community. Joe was known for being the "Circle of Fun Master" on Saturday mornings at the gym. Before the hard workout of the day began, Joe would organize a game or lighthearted activity for our class attendees. Week after week, a dozen or more members looked forward to the "Circle of Fun" warmups because they brought people together. Those simple traditions helped create a strong sense of community where people supported one another, both inside and outside the gym.

I have been encouraged to hear that Joe has returned to his Christian faith during this difficult season. His situation reminds me of the story of the prodigal son in Scripture: a story not about excusing wrongdoing, but about repentance, humility, and the possibility of redemption when someone turns back to what is right. I believe Joe understands the seriousness of his actions and the consequences that come with them, and I believe this experience has profoundly changed him.

I also know that Joe will not be facing the road ahead alone. He has a strong support system of family, longtime friends, and members of his community who are committed to helping him remain accountable while continuing on a path of growth and integrity.

While consequences are necessary and appropriate, I also believe strongly in the power of grace and the opportunity to try again. I respectfully ask the Court to consider Joe's history, his character outside of this offense, his remorse, and the support system that surrounds him as you determine the appropriate path forward.

Thank you for your time, and please know I appreciate your consideration.

Sincerely,

***Emily Stirling***
Emilystirling16@gmail.com

**March 5, 2026**

Honorable Judge Crenshaw,

My name is Kaley Gillis, and I am a longtime family friend of Joe Cotter. I have known Joe for several years, first meeting him when we were members of the same CrossFit gym. Our families grew closer around 2016 when Joe and my father became business partners in opening their own CrossFit gym. They were united by a shared passion for functional fitness and a desire to build a gym community that promotes long-term health, discipline, and a family-friendly environment.

Over the years, I witnessed Joe's personal transformation and his commitment to self-improvement. He consistently demonstrated discipline, often arriving at the gym at 5:00 AM to coach or train. As a coach, he motivated and encouraged countless members in their own health journeys. He was known for leading classes that were fun and energizing, creating an atmosphere where people felt supported and inspired.

In my personal experience, Joe has always been kind, attentive, and generous with his time. I observed him to be a devoted husband and father who cared deeply for his family. While none of this diminishes the seriousness of the crime for which he stands before the Court, it reflects the character I have known for many years.

It has been deeply difficult to reconcile the person I know with the conduct involved in this case. At the same time, I believe Joe recognizes the gravity of his actions and the harm associated with them. I believe he feels genuine remorse and a desire to confront his wrongdoing. He has also returned to his Christian faith, participating in the Sacrament of Reconciliation and engaging seriously with Scripture. From my perspective, this reflects humility, accountability, and a sincere effort toward personal change.

I respectfully ask the Court to consider the totality of Joe's character, his history of positive contributions to those around him, and his efforts toward repentance and growth. While he must be held accountable, I believe he is capable of rehabilitation and of living in a way that reflects responsibility, integrity, and service to others.

Thank you for your time and consideration.

Sincerely,

Kaley Gillis
410 Wind Dance Dr., Lebanon, TN 37087
Kaley.gillis@gmail.com
(615) 818-4766